IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,** | § § § | |
| Plaintiff, | § § | Case No: 4:22-cv-01315 |
| vs. | § § § | PATENT CASE |
| SEWIO, LLC | § § § | |
| Defendant. | § § § | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Social Positioning Input Systems, LLC ("Plaintiff" and/or "SPIS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Sewio, LLC without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: June 3, 2022.	Respectfully submitted,

	*/s/Jay Johnson*
	**JAY JOHNSON**
	State Bar No. 24067322
	**D. BRADLEY KIZZIA**
	State Bar No. 11547550
	**KIZZIA JOHNSON, PLLC**
	1910 Pacific Ave., Suite 13000
	Dallas, Texas 75201
	(214) 451-0164
	Fax: (214) 451-0165
	jay@kjpllc.com
	bkizzia@kjpllc.com

	**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically on June 3, 2022 and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

	*/s/Jay Johnson*
	**JAY JOHNSON**